1:08-cr-10053-MMM-JAG    # 13    Page 1 of 5
1:08-cr-10053-MMM-JAG    # 11-2    Page 1 of 5

E-FILED
Thursday, 31 July, 2008 04:28:16 PM
Clerk, U.S. District Court, ILCD

E-FILED
Monday, 28 July, 2008 09:17:31 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
                           )
    v.                     )   Case No. 08-10053
                           )
MARTIN L. McLAIN,          )
                           )
        Defendant.         )

## PROTECTIVE ORDER

This matter, having come before the Court on the government's agreed motion for Protective Order regarding discovery, the Court, having been fully advised in the premises and for good cause shown, HEREBY ORDERS:

Pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure and 28 U.S.C. § 1651, unauthorized disclosure of discovery material or information contained therein to non-litigants is prohibited under the following provisions:

1.    Excluding trial exhibits, all materials provided as discovery which were produced by the government in preparation for or in connection with any stage of the proceedings in this case, including, but not limited to, investigator or agency reports, grand jury transcripts, grand jury exhibits, witness statements, memoranda of interview, electronic or storage media, documents printed from electronic or storage media, documents, and documents copied or caused to be

copied by a Defendant from those documents provided by the government, remain the property of the government. All such materials and all copies made thereof shall be returned to the United States Attorney's Office unless otherwise ordered by this Court or agreed upon by the parties, at the occurrence of the last of the following:

    a.    the completion of all appeals, habeas corpus proceedings, clemency or pardon proceedings, or other post-conviction proceedings with respect to each Defendant;

    b.    the conclusion of the sentencing hearing with respect to each Defendant; or

    c.    the earlier resolution of charges with respect to each Defendant.

2.    Such materials provided by the government may be utilized by a Defendant and the Defendant's counsel solely in connection with the defense of this criminal case and for no other purposes and in connection with no other proceeding.

3.    Such materials and their contents, and any notes or other record of such materials or their contents, shall not be disclosed either directly or indirectly to any person or entity other than a Defendant, the Defendant's counsel, persons

employed to assist in a Defendant's defense acting under the direction of the Defendant's counsel, persons whom a Defendant's counsel views as potential witnesses at trial or pretrial hearing and must be questioned regarding such materials or their contents in preparation of the defense's case, or such other persons as to whom the Court may expressly authorize disclosure upon proper motion.

4. Such materials shall not be copied or reproduced except as necessary to provide copies of the materials for the use by an authorized person as described above to prepare or assist in the defense, and all such copies and reproductions shall be treated in the same manner as the original materials.

5. No copies of such materials shall be given to a Defendant, directly or indirectly, unless said materials must be so provided so a Defendant can assist in the preparation of the Defendant's defense. Under no circumstances, however, may a Defendant retain any of the materials provided by the government.

6. Before any such disclosure to a Defendant, the Defendant's attorney shall personally inform the Defendant of the provisions of this Order and direct the Defendant not to disclose any information contained in the government's discovery in violation of this Court's Order, and shall inform the Defendant that any unauthorized disclosure may be punished as contempt of court.

7. Counsel shall be responsible for controlling, accounting for, and maintaining all such materials, copies, notes, and other records described above, and shall personally inform all persons who have access to the discovery of the provisions of this Order and direct said persons not to disclose any information covered by the Order, and that any unauthorized disclosure may be punished as contempt of court.

8. Should an attorney for a Defendant withdraw from representing his or her client, all materials provided by the government to the attorney, to include copies thereof, shall be returned to the government.

9. The provisions of this Order are not meant to limit using of the materials provided by either party in discovery in pretrial motions, briefs, or other court proceedings.

ENTERED this 31st day of July, 2008

s/ Michael M. Mihm

MICHAEL M. MIHM
United States District Judge